UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Pickard, | No. 2:20-cv-00280-KJM-EFB |
| Plaintiff, | ORDER |
| v. | |
| Save Mart Supermarkets dba Food Maxx #471, | |
| Defendant. | |

As stipulated by the parties, *see* ECF No. 17, the court orders as follows:

1. Plaintiff may immediately file the proposed First Amended Complaint attached as Exhibit A to the stipulation at ECF No. 17.
2. Defendant Save Mart Supermarkets' Answer or other responsive pleading shall be due thirty days after it receives service of the First Amended Complaint.
3. The deadline for all Parties (including the UFCW Employers Benefit Plan of Northern California Group Administration, LLC and its Trustee, Jacques Loveall) to complete VDRP is set for ninety days from the date the UFCW Trust and Mr. Loveall appear in this action so that all parties, including the UFCW Trust and Mr. Loveall, have the opportunity to participate in VDRP.
4. The Status (Pretrial Scheduling) Conference is vacated.  The parties shall file a joint status report within seven days after the ninety-day deadline for completing VDRP, described

above. A Status (Pretrial Scheduling) Conference will be reset, if necessary, following review of that joint status report.

5. All other dates and deadlines are vacated, to be reset at the status (pretrial scheduling) conference.

IT IS SO ORDERED.

DATED: February 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE