SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
BROOKE S. PURCELL, Cal. Bar No. 260058
bpurcell@sheppardmullin.com
RACHEL J. MOROSKI, Cal. Bar No. 286805
rmoroski@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
SAVE MART SUPERMARKETS

PERKINS ASBILL, A Professional Law Corporation
ROBIN K. PERKINS, Cal. Bar No. 131252
robin@perkinsasbill.com
NATALIA D. ASBILL-BEAROR, Cal. Bar No. 281860
natalia@perkinsasbill.com
300 Capitol Mall, Suite 1800
Sacramento, California 95814
Telephone:    916.446.2000
Facsimile:    916.447.6400

Attorneys for Plaintiff
BRIAN PICKARD

(*Additional Counsel on next page*)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN PICKARD,<br><br>            Plaintiff,<br><br>       v.<br><br>SAVE MART SUPERMARKETS dba FOOD MAXX #471,<br><br>            Defendant. | Case No. 2:20-CV-00280-KJM-EFB<br><br>**JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE (L.R. 144(a))**<br><br>Complaint Filed:  February 6, 2020<br>First Amended Complaint Filed: February 26, 2021 |

1  MCCRACKEN, STEMERMAN & HOLSBERRY, LLP
   KIMBERLY A. HANCOCK, Cal. Bar No. 205567
2  khancock@msh.law
   SARAH GROSSMAN-SWENSON, Cal. Bar No. 259792
3  sgs@msh.law
   A. MIRELLA NIETO, Cal. Bar No. 300562
4  amnieto@msh.law
   595 Market Street, Suite 800
5  San Francisco, CA 94105
   Telephone:    415.597.7200
6  Fax:          415.597.7201

7

   Attorneys for Defendant
8  UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN
   CALIFORNIA GROUP ADMINISTRATION, LLC and
9  JACQUES LOVEALL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4836-4612-8867.1                    -1-                    Case No. 2:20-CV-00280-KJM-EFB
                                                                JOINT STIPULATION TO EXTEND
                                                                RESPONSIVE PLEADING DEADLINE

1   Defendants Save Mart Supermarkets ("Save Mart"), the UFCW Employers Benefit Plan of
2   Northern California Group Administration LLC (the "UFCW Group Administration LLC"),
3   Jacques Loveall, as Trustee and on behalf of UFCW Comprehensive Benefits Trust (erroneously
4   sued as "Jacques Loveall, as Trustee of UFCW Employers Benefit Plan") ("UCBT"), and Plaintiff
5   Brian Pickard ("Plaintiff") (collectively, the "Parties") by and through their respective counsel of
6   record, hereby stipulate and agree as follows:

7   WHEREAS, the initial Complaint in this action was filed on February 6, 2020 (Docket No.
8   1);

9   WHEREAS, Save Mart answered the initial Complaint on March 13, 2020 (Docket No. 7);

10  WHEREAS, on February 26, 2021, Plaintiff filed the First Amended Complaint ("FAC")
11  naming the UFCW Group Administration LLC and UCBT and adding additional claims for relief
12  against them (Docket No. 19);

13  WHEREAS, pursuant to the Court's Order dated February 22, 2021 (Docket No. 18),
14  which granted the stipulation jointly filed by Plaintiff and Save Mart on February 11, 2021
15  (Docket No. 17), Save Mart's current deadline to answer or otherwise respond to the FAC is
16  March 29, 2021;

17  WHEREAS, pursuant to the waivers of service entered into among Plaintiff, the UFCW
18  Group Administration LLC, and UCBT on March 15, 2021 (Docket Nos. 21-22), the current
19  deadline for the UFCW Trust and Mr. Loveall to answer or otherwise respond to the FAC is May
20  10, 2021;

21  WHEREAS, the Parties have agreed to participate in the Court's Voluntary Dispute
22  Resolution Program ("VDRP");

23  WHEREAS, on March 24, 2021, Plaintiff, the UFCW Group Administration LLC, and
24  UCBT stipulated to extend deadline for the UFCW Group Administration LLC and UCBT to
25  answer or otherwise respond to the FAC to allow the Parties to participate in the VDRP without
26  having to unnecessarily expend resources on a responsive pleading and potential motion practice;

27  WHEREAS, on March 25, 2021, Plaintiff and Save Mart stipulated to extend the deadline
28  for Save Mart to answer or otherwise respond to the FAC to allow the Parties to participate in the

1  VDRP without having to unnecessarily expend resources on a responsive pleading and potential
2  motion practice;
3       WHEREAS, good cause exists to extend the responsive pleading deadlines for Save Mart,
4  the UFCW Group Administration LLC, and UCBT to a date twenty-one (21) days after the
5  completion of the VDRP, so as to minimize fees and costs and ensure judicial economy;
6       WHEREAS, Save Mart, the UFCW Group Administration LLC, and UCBT reserve all
7  jurisdictional and other defenses in this matter;
8       WHEREAS, Plaintiff reserves all rights with respect to his claims, including those pleaded
9  as to Save Mart, the UFCW Group Administration LLC, and UCBT; and
10      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
11 their respective counsel of record, that the deadline for Save Mart, the UFCW Group
12 Administration LLC, and UCBT to file an answer or otherwise respond to the FAC shall be
13 extended as follows:
14      <u>Current response deadline</u>: March 29, 2021 (Save Mart) and May 10, 2021 (UFCW Group
15 Administration LLC and UCBT).
16      <u>New response deadline</u>: twenty-one (21) days after the completion of VDRP.
17
18 Dated:  March 29, 2021              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
19
20                                   By:    */s/ Brooke S. Purcell*
21                                          BROOKE S. PURCELL
                                            RACHEL J. MOROSKI
22
                                          Attorneys for Defendant
23                                        SAVE MART SUPERMARKETS

| | | |
|---|---|---|
| 1 | Dated: March 29, 2021 | PERKINS ASBILL, A Professional Law Corporation |
| 2 | | |
| 3 | | By: /s/ Robin K. Perkins (as authorized on 03/29/21) |
| 4 | | ROBIN K. PERKINS<br>NATALIA D. ASBILL-BEAROR |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>BRIAN PICKARD |
| 7 | Dated: March 29, 2021 | MCCRACKEN, STEMERMAN & HOLSBERRY, LLP |
| 9 | | By: /s/ Kimberly A. Hancock (as authorized on 03/29/21) |
| 10 | | KIMBERLY A. HANCOCK |
| 11 | | Attorneys for Defendant |
| 12 | | UFCW EMPLOYERS BENEFIT PLAN OF NORTHERN CALIFORNIA GROUP ADMINISTRATION, LLC and JACQUES LOVEALL, AS TRUSTEE AND ON BEHALF OF UFCW COMPREHENSIVE BENEFITS TRUST |

**ORDER**

Pursuant to the Stipulation filed by the Parties, the deadline for Save Mart, the UFCW Group Administration LLC, and UCBT to answer or otherwise respond to the First Amended Complaint shall be extended to a date twenty-one (21) days after the completion of VDRP.

**IT IS SO ORDERED**.

DATED: March 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE